David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

---------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| SOL CONTROL SRL and subrogated cargo insurer, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | 07 Civ. 9506 (UA) (SAS) |
| - against - | | **ECF CASE** |
| | : | |
| M/V "MSC REGINA", her engines, tackle, boilers, etc. *in rem*; *et al.* | : | **RULE 7.1** <br> **DISCLOSURE STATEMENT** |
| Defendants. | : | |

---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses as to the subrogated cargo insurer that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock: CNA Group; CNA Canada

Date:  New York, New York          *s/David L. Mazaroli*
       October 24, 2007            _____
                                   David L. Mazaroli (DM 3929)
                                   Attorney for Plaintiffs
                                   11 Park Place - Suite 1214
                                   New York, New York 10007
                                   Tel.: (212)267-8480
                                   Fax.: (212)732-7352
                                   E-mail: dlm@mazarolilaw.com
                                   File No.: 7R-1566