S:\FILES\5243_NHA (R&L)\5243_MAZAROLI_RULE 7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English (CE9890)
75 Maiden Lane - Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOL CONTROL SRL, | |
| Plaintiff, | 07 Civ 9506 (SAS) |
| - v. - | |
| M/V "MSC REGINA", her engines, tackle, boilers, etc. *in rem*; WINDROSE LINE, a division of ROHDE & LIESENFELD GMBH & CO., HAMBURG; ROHDE & LIESENFELD, INC.; MEDITERRANEAN SHIPPING CO. S.A.; MEDITERRANEAN SHIPPING CO. (USA) INC.; MEDITERRANEAN SHIPPING CO. SRL; MED ROMEO SA, *in personas*; | RULE 7.1 STATEMENT |
| Defendants. | |

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the defendant, WINDROSE LINE, a division of ROHDE & LIESENFELD GMBH & CO., HAMBURG ("Windrose"), certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

None.

```
Dated:  New York, New York         KENNEDY LILLIS SCHMIDT & ENGLISH
        November 19, 2007          Attorneys for Defendant Windrose

                            By:    /s/ CS English
                                   _____
                                   Craig S. English (CE9890)
                                   75 Maiden Lane - Suite 402
                                   New York, New York  10038-4816
                                   Telephone:  212-430-0800
```