LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys Defendants,
MEDITERRANEAN SHIPPING COMPANY, S.A.
MEDITERRANEAN SHIPPING COMPANY (USA) INC., and
MEDITERRANEAN SHIPPING CO. SRL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SOL CONTROL SRL
and subrogated cargo insurer;

    Plaintiff,

 -against-

M/V "MSC REGINA", her engines, tackle,
boilers, etc. *in rem;*
WINDROSE LINE, a division of
ROHDE & LIESENFELD GHBM & CO.,
HAMBURG; ROHDE & LIESENFELD, INC.;
MEDITERRANEAN SHIPPING CO. S.A.;
MEDITERRANEAN SHIPPING CO. (USA)
INC.; MEDITERRANEAN SHIPPING CO.
SRL; MED ROMEO SA, *In personas;*

    Defendants.
----------------------------------------------------------------X

ECF Case

07 Civ. 9506 (SAS)

**RULE 7.1**
**STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendants MEDITERRANEAN SHIPPING COMPANY, S.A., MEDITERRANEAN SHIPPING COMPANY (USA) INC., MEDITERRANEAN SHIPPING CO. SRL., certifies upon information and belief that said Defendants are not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendants which are otherwise publicly held in the United States.

Dated: November 26, 2007
      New York, New York

                        LYONS & FLOOD, LLP
                        Attorneys for Defendants
                        MEDITERRANEAN SHIPPING COMPANY, S.A.
                        MEDITERRANEAN SHIPPING COMPANY
                        (USA) INC., and MEDITERRANEAN SHIPPING
                        CO. SRL.

By: _____
                        Edward P. Flood (EPF-5797)
                        65 West 36th Street, 7th Floor
                        New York, New York 10018

U:\FLOODDOC\2549096\pleadings\Rule 7.1.doc