USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352

------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SOL CONTROL SRL
and subrogated cargo insurer;

                Plaintiffs,

    - against -

M/V "MSC REGINA", her engines, tackle,
boilers, etc. *in rem*;
WINDROSE LINE, a division of
ROHDE & LIESENFELD GMBH & CO.,
HAMBURG; ROHDE & LIESENFELD, INC.;
MEDITERRANEAN SHIPPING CO. S.A.;
MEDITERRANEAN SHIPPING CO. (USA)
INC.; MEDITERRANEAN SHIPPING CO.
SRL; MED ROMEO SA, *in personas*;;

                Defendants.
------------------------------------------------------------x

07 Civ 9506 (SAS)
Related to 07 Civ. 9447

**PROPOSED
SCHEDULING ORDER**

**WHEREAS**, the Court issued an Order for Initial Pretrial Conference in accordance with Fed. R. Civ. P. 16(b) and said conference is to be held on December 10, 2007 at 4:30 p.m.; and

**WHEREAS**, the parties are required to jointly prepare and sign a proposed scheduling order containing certain information; and

**NOW, THEREFORE**, the parties hereby respectfully submit the following information:

(1)    The appearances for the parties:

David Mazaroli for plaintiffs

Kennedy Lillis Schmidt & English (by Craig English)

for Rohde & Lisenfeld defendants

Lyons & Flood (by Edward P. Flood) for Mediterranean Shipping defendants

(2) A concise statement of the issues as they now appear:

Are defendants jointly or severally liable for the loss of the shipment?

What is the quantum of recoverable damages?

Are defendants entitled to limited liability?

Are defendants entitled to cross-claim recovery?

What is the rate of prejudgment interest to be awarded, if any?

(3) A schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions: *Feb + March*

Representative of plaintiffs; representative of defendants; surveyors.

(b) a schedule for the production of documents: January 15, 2008;

(c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed:

Experts' reports to be exchanged by March 11, 2008

Experts to be deposed by March 28, 2008

(d) time when discovery is to be completed: April 4, 2008

(e) the date by which plaintiffs will supply its pre-trial order matters to defendant: April 25, 2008

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either proposed findings of fact and conclusions of law for a non-jury trial. May 16, 2008

(g) Final pre-trial conference pursuant to Fed. R. Civ. P. 16(d): *April 7 at 4:30*

2

(4) A statement of any limitations to be placed on discovery, including any protective or confidentiality orders: None known at this time.

(5) A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement: None known at this time

(6) Anticipated fields of expert testimony, if any:

Container handling practices and procedure; container and seal integrity issues; market value of the cargo.

(7) Anticipated length of trial and whether to court or jury: 2-day non-jury.

(8) This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

Dated:   New York, New York
         December 10, 2007

So Ordered:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

_____
David L. Mazaroli
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax (212)732-7352

Lyons & Flood, LLP
Attorney for Defendants
MEDITERRANEAN SHIPPING CO. S.A.
MEDITERRANEAN SHIPPING CO. (USA) INC.
MEDITERRANEAN SHIPPING CO. SRL

_____
Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018
Tel: (212)594-2400
Fax (212)594-4589

Kennedy, Lillis, Schmidt & English
Attorney for Defendants
WINDROSE LINE, a division of
ROHDE & LIESENFELD GMBH & CO.
ROHDE & LIESENFELD, INC.

_____
Craig S. English (CE-9890)
75 Maiden Lane, Suite 402
New York, New York 10038
Tel: (212)430-0800
Fax (212)430-0810
cenglish@klselaw.com

3