UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SOL CONTROL SRL,

                  Plaintiff,

- against -

M/V "MSC REGINA", *et al.*,

                  Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

**ORDER OF DISMISSAL**

07 Civ. 9506 (SAS)

      The parties having notified the Court that they have nearly reached a resolution of this action,

      IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for any party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 6, 2008

- Appearances -

**For Plaintiff:**

David Louis Mazaroli, Esq.
11 Park Place, Suite 1214
New York, NY 10007
(212) 267-8480

**For Consolidated Plaintiff Windrose Line:**

Craig Shaw English, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane
New York, NY 10038
(212) 430-0800

**For Defendants:**

Edward P. Flood, Esq.
Lyons & Flood, L.L.P.
65 West 36th Street, 7th Floor
New York, NY 10018
(212) 594-2400