UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SOL CONTROL SRL,                                            :
                                                            :    ORDER
                    Plaintiff,                              :
                                                            :    07 Civ. 9506 (SAS)
         - against -                                        :
                                                            :
M/V "MSC REGINA," et al. ,                                  :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

   The Clerk of the Court is hereby directed to delete docket entry number 14 in the above-captioned case, dated June 20, 2008 and entitled "Stipulation and Order of Discontinuance," as the document filed thereunder relates to a different case.

                                        SO ORDERED:

                                        _____
                                        Shira A. Scheindlin
                                        U.S.D.J.

Dated:    New York, New York
          June 25, 2008